UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZENIA BROWNE | : | |
| | : | |
| V. | : | Civil Action |
| | : | No: 5:23-CV-04278-JMG |
| LUTHERAN MANOR OF THE LEHIGH VALLEY, INC. | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

[√]  The nongovernmental corporate party, Lutheran Manor of the Lehigh Valley, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

| 12/14/2023 | /s/ Christopher M. Curci |
|---|---|
| Date | Signature |

Counsel for:   Defendant, Lutheran Manor of the Lehigh Valley, Inc.