| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, EXHIBIT A** <br> EFFECTED (1) BY ME: ROBERT WAGNER <br> TITLE: **PROCESS SERVER** | DATE: 12/7/23 @ 9:59 AM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant

LUTHERAN MANOR OF THE LEHIGH VALLEY, INC.

Place where served:

2085 WESTGATE DR.   BETHLEHEM  PA  18017

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MONA FINNAGIN

Relationship to defendant     OCCUPATIONAL SPECIALIST

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-180   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

| TRAVEL $ _____.____ | SERVICES $ _____.____ | TOTAL $ _____.____ |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 12/11/2023

SIGNATURE OF ROBERT WAGNER
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: STEVEN E. HOFFMAN, ESQ.
PLAINTIFF: ZENIA BROWNE
DEFENDANT: LUTHERAN MANOR OF THE LEHIGH VALLEY, INC.
VENUE: DISTRICT
DOCKET: 5 23 CV 04278 JMG
COMMENT: