IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZENIA BROWNE : | |
| : | |
| Plaintiff : | |
| v. : | Civil Action No. 5:23-cv-04278-JMG |
| : | |
| LUTHERAN MANOR OF THE LEHIGH : | |
| VALLEY, INC. : | |
| : | |
| Defendant : | |

### ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant, Lutheran Manor of the Lehigh Valley, Inc.'s, Motion to Exceed Page Limitations (ECF No. 8), it is hereby **ORDERED** and **DECREED** that Defendant's Motion (ECF No. 8) is **GRANTED** and Defendant's Brief in Support of Defendant's Motion to Dismiss, inclusive of its Table of Contents, Table of Authorities, and any exhibits attached thereto, is permitted to exceed twenty (20) pages.

BY THE COURT:

_____
Honorable John M. Gallagher