IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZENIA BROWNE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:23-cv-04278-JMG |
| | : | |
| LUTHERAN MANOR OF THE LEHIGH VALLEY, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 25th day of January, 2024, upon consideration of Defendant, Lutheran Manor of the Lehigh Valley, Inc.'s Motion to Exceed Page Limitations (ECF No. 8), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 8) is **GRANTED** and Defendant's Brief in Support of Defendant's Motion to Dismiss, inclusive of its Table of Contents, Table of Authorities, and any exhibits attached thereto, is permitted to exceed twenty (20) pages but not more than thirty (30) pages.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge