**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZENIA BROWNE : | |
| : | |
| Plaintiff : | |
| v. : | Civil Action No. 5:23-cv-04278-JMG |
| : | |
| LUTHERAN MANOR OF THE LEHIGH : | |
| VALLEY, INC. : | JURY TRIAL DEMANDED |
| : | |
| Defendant : | |

**CERTIFICATION OF COUNSEL**

I, Christopher M. Curci, Esq., counsel for Defendant Lutheran Manor of the Lehigh Valley, Inc., do hereby certify in accordance with the Policies and Procedures of the Honorable John M. Gallagher that a telephone conference of counsel for all parties occurred on January 18, 2024, to discuss Defendant's Motion to Dismiss.

Respectfully submitted,

**WARD LAW, LLC**

*/s/ Christopher M. Curci*
Christopher M. Curci, Esq. (309820)
Ward Law, LLC
One Penn Center
1617 JFK Blvd., Suite 500
Philadelphia, PA 19103
p: 215-647-6603
f: 267-350-8754
ccurci@thewardlaw.com
*Attorneys for Defendant,*
Date: January 29, 2024    *Lutheran Manor of the Lehigh Valley, Inc.*