**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZENIA BROWNE : | |
| : | |
| Plaintiff : | |
| v. : | Civil Action No. 5:23-cv-04278-JMG |
| : | |
| LUTHERAN MANOR OF THE LEHIGH : | |
| VALLEY, INC. : | JURY TRIAL DEMANDED |
| : | |
| Defendant : | |

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I, Christopher M. Curci, attorney for Defendant Lutheran Manor of the Lehigh Valley, Inc., hereby certify that on the below date, a true and correct copy of Defendant's Motion to Dismiss Plaintiff's Complaint, Brief in Support thereof, Certification of Counsel, and proposed Order was electronically filed with the Court and electronically served by the Court's ECF filing system on the date set forth below upon the following parties:

Steven E. Hoffman, Esq.
HOFFMAN & HLAVAC
1605 North Cedar Crest Blvd., Suite 517
Allentown, PA 18104
*Counsel for Plaintiff, Zenia Browne*

**WARD LAW, LLC**

*/s/ Christopher M. Curci*
Christopher M. Curci, Esq. (309820)
Ward Law, LLC
One Penn Center
1617 JFK Blvd., Suite 500
Philadelphia, PA 19103
ccurci@thewardlaw.com
*Attorneys for Defendant,*
*Lutheran Manor of the Lehigh Valley, Inc.*

Date: January 29, 2024

**\*\*This document has been filed electronically and is available for viewing and downloading from the ECF system.**