IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZENIA BROWNE | : |
| Plaintiff | : |
| v. | : Civil Action No. 5:23-cv-04278-JMG |
| LUTHERAN MANOR OF THE LEHIGH VALLEY, INC. | : JURY TRIAL DEMANDED |
| Defendant | : |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant, Lutheran Manor of the Lehigh Valley, Inc.'s, Motion to Dismiss Plaintiff's Amended Complaint, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **GRANTED** and Plaintiff's Amended Complaint is dismissed with prejudice.

BY THE COURT:

_____
Honorable John M. Gallagher