IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZENIA BROWNE, | : |
| | : |
| Plaintiff, | : |
| | : Civil Case No. 5:23-cv-04278-JMG |
| vs. | : |
| | : |
| LUTHERAN MANOR OF THE LEHIGH VALLEY, INC., | : |
| | : |
| Defendant. | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Plaintiff Zenia Browne in the above-captioned action.

                                HOFFMAN & HLAVAC

                                By:  */s/Shanna R. Fegely*
                                    Shanna R. Fegely, Esquire
                                    Attorney I.D. # 327266
                                    1605 North Cedar Crest Blvd., Suite 517
                                    Allentown, PA  18104
                                    Direct# 484-408-6009
                                    Ph# 484-408-6001  Fax# 484-408-6018
                                    Email:  sfegely@hhe-law.com
                                    *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZENIA BROWNE, : | |
| : | |
| Plaintiff, : | |
| : | Civil Case No. 5:23-cv-04278-JMG |
| vs. : | |
| : | |
| LUTHERAN MANOR OF THE : | |
| LEHIGH VALLEY, INC., : | |
| : | |
| Defendant. : | |

## **CERTIFICATE OF SERVICE**

    I, Shanna R. Fegely, Esquire, do hereby certify that on the 12th day of March 2024, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system.

    Served electronically upon:

- CHRISTOPHER M. CURCI   ccurci@thewardlaw.com, awilson@thewardlaw.com, pwilson@thewardlaw.com

HOFFMAN & HLAVAC

By: */s/ Shanna R. Fegely*
    Shanna R. Fegely, Esquire
    Attorney I.D. No. PA 327266
    1605 N. Cedar Crest Blvd., Suite 517
    Allentown, PA 18104
    Direct# 484-408-6009
    Ph # 484-408-6001 Fax # 484-408-6018
    Email:  sfegely@hhe-law.com
    *Attorneys for Plaintiff*